# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4391
_____

DERRICK EVANS,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

_____


On appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

January 14, 2019


PER CURIAM.

  AFFIRMED.

ROWE, BILBREY, and WINSOR, JJ., concur.

_____

  ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Derrick Evans, pro se, Appellant.

Andy Thomas, Public Defender, and Victor D. Holder, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Brooke Moody, Attorney General, Tallahassee, for Appellee.